IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HUSIN SAID QASIM,**
Agency No.: A-094-549-107,

    Petitioner,

vs.                                             Case No. 4:11cv87-RH/WCS

**ERIC H. HOLDER, JR., et al.,**

    Respondents.

    _____/

## REPORT AND RECOMMENDATION

The *pro se* Petitioner initiated this case on February 28, 2011, by filing a petition for writ of habeas corpus under § 2241. Doc. 1. Petitioner alleged that in 2010, he was ordered removed from the United States to Afghanistan, the country of his birth.[1] Doc. 1. Petitioner stated he has been in immigration custody since June 17, 2009, a period of some 20 months. *Id.*, at 1. Petitioner specifically states that he is not challenging the validity of the removal order, rather, he seeks release from custody pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.,* at 2.

Finding the petition sufficient, service was directed, doc. 3, and Respondents have now filed a motion to dismiss. Doc. 10. Respondents assert this case is moot

---

[1] Petitioner also alleged being born in Syria. Doc. 1, pp. 4, 5.

because Petitioner was "released from the custody of Immigration and Customs Enforcement (ICE) on May 12, 2011." *Id.*, at 1.  Respondents have submitted a copy of the Order of Supervision, showing that Petitioner was released to supervision pending removal.  Doc. 10, ex. 1.  Therefore, because Petitioner has been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

The motion to dismiss, doc. 10, contains a certificate of service which indicates the document was provided to Petitioner at a "forwarding address" with Petitioner's father, and also listed in the Order of Supervision which was attached to the motion to dismiss.  The Clerk of Court will be directed to forward this report and recommendation to Petitioner.  If Petitioner contests this dismissal, Petitioner must file opposition within 15 days of the date this order is entered.

Accordingly, it is **ORDERED** that the Clerk of Court shall forward this ORDER and REPORT AND RECOMMENDATION to Petitioner at 486 E. 2250 S, Salt Lake City, Utah 84115, as well as to the address of record for Petitioner.

**REPORT AND RECOMMENDATION**

In light of the uncontested assertion by Respondent, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Husin Said Qasim be **DISMISSED as moot** since it appears Petitioner has been granted the relief sought, released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on May 18, 2011.

       s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**